UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEANNA G. GOULD,

            Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

            Defendant.

Case No. C13-590-RSL-BAT

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

D ated this 10th day of October, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge